UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA                                CIVIL ACTION

VERSUS

ABBOTT LABORATORIES, ET AL.         NO.: 3:13-cv-00681-BAJ-SCR

### RULING AND ORDER

Before the Court is Plaintiff's **MOTION TO REMAND (Doc. 60)**. The Magistrate Judge has issued a **REPORT (Doc. 130)** recommending that Plaintiff's Motion be granted, and that Plaintiff's cause of action be remanded to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, (*id.* at pp. 15–16). Defendants object to the Magistrate Judge's Report. (Doc. 132).

Having independently considered Plaintiff's Motion to Remand (Doc. 60) and related filings—including Defendants' objections—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 130),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 60)** is **GRANTED** for the reasons explained in the Magistrate Judge's Report (Doc. 130).

**IT IS FURTHER ORDERED** that Defendants' **REQUEST FOR ORAL ARGUMENT (Doc. 133)** is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the

19th JDC - Certified

Nineteenth Judicial District Court, Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 30th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**